UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. CASTELLO, Warden, et al.,<br><br>　　　　Respondents. | No. 2:19-cv-1182 CKD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

Petitioner is presently incarcerated at California Men's Colony in San Luis Obispo County. He is serving a sentence for a conviction rendered by the Santa Clara County Superior Court.

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, petitioner appears to be challenging his 1975 conviction as well as subsequent parole denials from unspecified dates. Petitioner's conviction as well as his place of incarceration are in an area covered by the District Court for the Northern District of California.

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

Dated: July 25, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mage1182.108a

2